**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

LEXINGTON INSURANCE COMPANY,    )
as subrogee of AEW Capital Management, L.P.  )
                                )
        Plaintiff,               )
                                )     No. 2:06-cv-02847-JDB-sta
v.                            )
                                )
LINDSEY NICOLE TUBBS,         )
                                )
        Defendant.           )

**ORDER ADMITTING COUNSEL <u>PRO HAC VICE</u>**

For good cause shown,

IT IS HEREBY ORDERED, pursuant to Local Rule 83(b)(1), that Lynn K. Weaver, Esq.

of the firm of  Grotefeld & Denenberg, LLC of Illinois, be admitted specially for the purpose of

acting as an attorney in the above-captioned case on behalf of Plaintiff.

THIS, the 10th day of April 2007.

                            s/ J. Daniel Breen
                            United States District Judge